UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| ROBERT G. SCHICHTEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No. 1:06-CV-204 |
| CIGNA CORPORATION, ) | |
| CONNECTICUT GENERAL LIFE ) | Chief Judge Curtis L. Collier |
| INSURANCE COMPANY, and ) | |
| LIFE INSURANCE COMPANY OF ) | |
| NORTH AMERICA ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Before the Court is a "Joint Stipulation Dismissing CIGNA Corporation and Connecticut General Life Insurance Company"(Court File No. 15). In this document, Plaintiff Robert G. Schichtel ("Plaintiff") dismisses, with prejudice, CIGNA Corporation and Connecticut General Life Insurance Company as defendants in this matter based upon the following facts: (1) CIGNA Corporation was wrongfully identified and is not the insurer in the instant action; (2) Connecticut General Life Insurance Company was wrongfully identified and is not the insurer in the instant action; (3) Life Insurance Company of North America ("LINA") is the proper party which issued Policy Number LK-006903; and (4) LINA, but neither CIGNA Corporation nor Connecticut General Life Insurance Company, would be the entity responsible for the payment of Plaintiff's long term disability claim as alleged in the Complaint, if liability is established.

Within the joint stipulation, the parties also make two requests. All parties request the Court to approve an amendment of the caption in this matter to reflect the dismissals of CIGNA

Corporation and Connecticut General Life Insurance Company. The parties also request Plaintiff be allowed to file an amended complaint, keeping all allegations as worded in the original Complaint (Court File No. 1) but allowing for the removal of CIGNA Corporation and Connecticut General Life Insurance Company as named Defendants.

In light of the foregoing facts, the Court **ORDERS** the caption in this matter be amended to reflect the dismissals of CIGNA Corporation and Connecticut General Life Insurance Company as named defendants. Additionally, the Court **GRANTS** the parties' request to allow Plaintiff to file an amended complaint, keeping all allegations as worded in the original complaint but allowing for the removal of CIGNA Corporation and Connecticut General Life Insurance Company as named Defendants.

**SO ORDERED**.

**ENTER**.

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**